UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICK M. ENRIQUEZ, | ) | CASE NO. ED CV 11-444-SJO (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| A. HEDGPETH, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 30, 2012

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ENRIQUEZ Judgment.wpd